### 676.  THARPE *v.* THE STATE.

POWELL, J. It is essential to a conviction that the proof show that the offense was committed prior to the returning of the indictment or the filing of the accusation. *Davis* v. *State, 92 Ga.* 458 (17 S. E. 336).

*Judgment reversed.*

Accusation of gaming, from city court of Ashburn—Judge Hawkins. March 25, 1907.

Submitted October 7,—Decided October 15, 1907.

*R. L. Tipton, J. H. Tipton,* for plaintiff in error.

*J. A. Comer, solicitor,* contra.